■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYON FLETCHER, Appellant. [886 NYS2d 64]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Del Giudice, J.), imposed November 26, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Dillon, Angiolillo and Belen, JJ., concur.